## UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - Court Decision Requested

Person Under Supervision:  Brian Keith McKenzie          Case No.:  3:25-CR-029-H(01)

Name of Sentencing Judge:  U.S. District Judge James Wesley Hendrix

Date of Original Sentence:  Not applicable

Original Offense:  Not applicable

Original Sentence:  Not applicable

Revocations:  Not applicable

Type of Supervision:  Not applicable          Date Supervision Commenced:  Not applicable

Assistant U.S. Attorney:  Edward Lee Hocter, Jr.          Defense Attorney:  Sherry A. Kime-Goodwin
                                                                             (Court appointed)

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

On December 8, 2025, Your Honor entered an Order for Psychiatric or Psychological Examination. A forensic psychologist with the Bureau of Prisons is requesting Presentence Reports and Pretrial Services Reports for Brian Keith McKenzie. Presentence Reports and Addenda were prepared in Case Nos. 3:18-CR-00303-1 and 4:08-CR-070-Y(01). A Modified Pretrial Services Report was prepared in Case No. 4:08-CR-070-Y(01).

### II.

The probation officer recommends the following action for the Court to consider:

The probation officer recommends the Presentence Reports and Addenda prepared in Case Nos. 3:18-CR-00303-1 and 4:08-CR-070-Y(01), and the Modified Pretrial Services Report in Case No. 4:08-CR-070-Y(01) be released to the Bureau of Prisons.

Brian Keith McKenzie
Report on Person Under Supervision - Court Decision Requested

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on May 12, 2026
Respectfully submitted,                          Approved,

Richard A. Cortinaz                              Contessa Milam
Supervising U.S. Probation Officer               Supervising U.S. Probation Officer
San Angelo Division                              Phone: 806-472-1143
Phone:  325-486-4070
Email: richard_cortinaz@txnp.uscourts.gov

---

**Order of the Court:**

☑  Agrees with the recommendation of the probation officer.

☐  Disagrees with the recommendation of the probation officer.

☐  Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐  Directs the probation officer to submit a request for a warrant or summons.

☐  Other or Additional:

☐  File under seal until further order of the Court.

The Honorable James Wesley Hendrix
U.S. District Judge

5/12/26
Date

RAC